524

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES HOY, Defendant-Appellant.

(No. 57551;

First District (3rd Division)—June 28, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Jean Essary and Suzanne Xinos, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Mark R. Harms, Assistant State's Attorneys, of counsel,) for the People.